ACCEPTED
01-15-00365-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 1:06:21 PM
CHRISTOPHER PRINE
CLERK

## No. 1-15-00365-CR

| | |
|---|---|
| **ORLANDO SALAZAR** | **IN THE COURT OF APPEALS** |
| **V.** | **OF THE FIRST SUPREME** |
| **STATE OF TEXAS** | **JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 1:06:21 PM
CHRISTOPHER A. PRINE
Clerk

### CERTIFICATE OF COUNSEL

In compliance with the requirements of Anders v. California, 386 U.S. 378 (1967), I, Frank D. Brown, court-appointed counsel for appellant, Orlando Salazar, in the above-referenced appeal, do hereby verity, in writing, to the Court that I have:

1. Notified appellant that I filed a motion to withdraw as counsel with an accompanying Anders brief, and provided a copy of each to appellant;

2. Informed appellant of his right to file a pro se response identifying what he believes to be meritorious grounds to be raised in his appeal, should he so desire;

3. Provided Appellant with a complete copy of the record; Clerk's record and Reporter's record on May 20, 2015; Clerk's Supplemental record 06/03/15;

4. Informed appellant of his right to seek discretionary review pro se should this Court declare his appeal frivolous.

Respectfully submitted,

Attorney for Appellant

FRANK D. BROWN
Lawyer
P.O. Box 3275
San Angelo, TX 76901
325-227-8794
325-227-8817 Fax
1honestlawyer@sbcglobal.net
TSB# 03122500

# CERTIFICATE OF SERVICE

  As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on 05/19/2015 as follows:

Ashley Knight
124 W. Beauregard
San Angelo, Texas 76903
Attorney for the State of Texas
By: hand-delivered


_____

Lawyer
Date: 06/03/15